Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

# UNITED STATES DISTRICT COURT
for the

Southern District of West Virginia

_____2ND_____ Division

**FILED**

**AUG 2 3 2023**

AORY L. PERRY L. CLERK
U.S. District Court
Southern District of West Virginia

Andrew Cole Whaling                               )   Case No.   2:23-cv-00568
                                                  )                (to be filled in by the Clerk's Office)
_____           )
            *Plaintiff(s)*                         )
(Write the full name of each plaintiff who is filing this complaint.   )
If the names of all the plaintiffs cannot fit in the space above,      )   Jury Trial: *(check one)*   ☐ Yes   ☑ No
please write "see attached" in the space and attach an additional      )
page with the full list of names.)                                     )
                   -v-                             )
                                                  )
State of West Virginia, Jim Justice, Patrick Morrisey,   )
        Harley Stollings, Jack Alsop              )
                                                  )
_____           )
            *Defendant(s)*                         )
(Write the full name of each defendant who is being sued.  If the      )
names of all the defendants cannot fit in the space above, please      )
write "see attached" in the space and attach an additional page        )
with the full list of names.)

## COMPLAINT FOR A CIVIL CASE

### I.     The Parties to This Complaint

#### A.     The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint.  Attach additional pages if needed.

| | |
|---|---|
| Name | Andrew Cole Whaling |
| Street Address | 534 Laurel Creek Road |
| City and County | Wallback, Clay County |
| State and Zip Code | West Virginia, 25285 |
| Telephone Number | 304-587-2872 |
| E-mail Address | cchsacwhaling@gmail.com |

#### B.     The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation.  For an individual defendant, include the person's job or title *(if known)*.  Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | Jim Justice |
| Job or Title *(if known)* | Govenor of West Virginia, |
| Street Address | 1900 Kanawha Boulevard East |
| City and County | Charleston, Kanawha County |
| State and Zip Code | West Virginia, 25305. |
| Telephone Number | 304-558-2000 |
| E-mail Address *(if known)* | |

Defendant No. 2

| | |
|---|---|
| Name | Patrick Morrisey |
| Job or Title *(if known)* | West Virginia Attorney General |
| Street Address | 1900 Kanawha Boulevard East |
| City and County | Charleston, Kanawha County |
| State and Zip Code | West Virginia, 25305. |
| Telephone Number | 304-558-2021 |
| E-mail Address *(if known)* | |

Defendant No. 3

| | |
|---|---|
| Name | Harley Stollings |
| Job or Title *(if known)* | Clay/Nicholas Family Law Master |
| Street Address | 511 Church Street |
| City and County | Summersville, Nicholas County |
| State and Zip Code | West Virginia, 26651 |
| Telephone Number | 304-872-9621 |
| E-mail Address *(if known)* | |

Defendant No. 4

| | |
|---|---|
| Name | Jack Alsop |
| Job or Title *(if known)* | Circuit Court Judge |
| Street Address | 2 Court Square |
| City and County | Webster Springs, Webster County |
| State and Zip Code | West Virginia, 26288 |
| Telephone Number | 304-847-7671 |
| E-mail Address *(if known)* | |

**Defendant No. 5**

| | |
|---|---|
| **Name** | **State of West Virginia** |
| **Job or Title (if known)** | **State** |
| **Street Address** | **1900 Kanawha Boulevard East** |
| **City and County** | **Charleston, Kanawha County** |
| **State and Zip Code** | **West Virginia, 25305.** |
| **Telephone Number** | **304-558-2000** |
| **E-mail Address (if known)** | |

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power).  Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties.  Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case.  Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case.  In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction?  *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
1st, 5th, and 16th amendment of the United States Constitution, and 18 U.S. § 242.

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated under the laws of the State of *(name)* _____ , and has its principal place of business in the State of *(name)* _____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of the State of *(name)* _____ . Or is a citizen of *(foreign nation)* _____ .

b.    If the defendant is a corporation

The defendant, *(name)* _____ , is incorporated under

the laws of the State of *(name)* _____ , and has its

principal place of business in the State of *(name)* _____ .

Or is incorporated under the laws of *(foreign nation)* _____ ,

and has its principal place of business in *(name)* _____ .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

1. Refused Legal Representation In lieu of Contempt. October 21st, 2021. Harley Stollings, Jack Alsop, Jim Justice, Patrick Morrisey. Clay County Family Court, and Clay County Circuit Court. Refusing to appoint legal representation before finding an individual in contempt is a direct violation of the 5th amendment right to legal representation.

see attached pages

## IV.    Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Foremost my greatest desire of relief is that the state follows the laws set by this state and country by granting me full custody while prosecuting my daughters' abusers. Beyond that I would like to see the state prosecute all individuals involved in the violation of my rights, as well as I am sure is expected I would also ask for monetary compensation mainly for the anguish placed on my daughter, myself and my family at having been ostracized while watching my every effort be ignored beyond reason

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

and since I will not pretend to be a lawyer and I've no doubt the court expects a number despite the fact that the court will no doubt use whatever amount they themselves deem acceptable I would ask $250,000.00 for every time the constitutional right I have fought and bled for have been violated which i believe totals $60,000,000 all together

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served.  I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    8-23-23

Signature of Plaintiff

Printed Name of Plaintiff    Andrew Cole Whaling

534 laurel Creek Rd wollBacks
WV 25285
304 587 2872

### B.    For Attorneys

Date of signing:

Signature of Attorney

Printed Name of Attorney

Bar Number

Name of Law Firm

Street Address

State and Zip Code

Telephone Number

E-mail Address