IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

CHARLESTON DIVISION

ANDREW COLE WHALING,

           Plaintiff,

v.                                      CIVIL ACTION NO.   2:23-cv-00568

STATE OF WEST VIRGINIA, et al.,

           Defendants.

## JUDGMENT ORDER

In accordance with the accompanying order adopting Magistrate Judge Tinsley's Proposed Findings and Recommendation, the Court **ORDERS** that judgment be entered in favor of the Defendants and that this case be **DISMISSED** and **STRICKEN** from the docket of this Court.

The Court **DIRECTS** the Clerk to send a certified copy of this Judgment Order to counsel of record and any unrepresented parties.

                              ENTER:     March 6, 2024

                              JOSEPH R. GOODWIN
                              UNITED STATES DISTRICT JUDGE